UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.A.,<br><br>      Plaintiff,<br><br>   v.<br><br>New York City Department of Education, et al.,<br><br>      Defendants. | 24 Civ. 7489 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **November 27, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **December 5, 2024, at 10:00am ET**. Seeing as no significant issues were presented in the parties' materials, it is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

  SO ORDERED.

Date: December 2, 2024
    New York, New York

                    DALE E. HO
                  United States District Judge