UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
L.A.,

                                  Plaintiff,                              **24 Civ. No. 7489 (DEH)**

          -against-                                         **PRE-SETTLEMENT<br>CONFERENCE ORDER**

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.,*

                                Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, July 16, 2025 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 316 918 089#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:     New York, New York
                  June 24, 2025

                                                                           The Honorable Gary Stein
                                                                           United States Magistrate Judge